Louis Stevenson HILDRETH, Plaintiff–Appellant,

v.

DOCTOR DEAN; Charlene Chay; Nurse Johnson; Nurse Stephson; Nurse Manning; Nurse Lacombe, Defendants–Appellees.

No. 00–7740.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2001.

Decided March 19, 2001.

Louis Stevenson Hildreth, pro se. Renee Billings Crawford, Yates, McLamb & Weyher, Raleigh, NC; John P. Scherer, File, Payne, Scherer & Brown, Beckley, WV, for appellees.

Before WILKINS, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Louis Stevenson Hildreth appeals the district court's order granting summary judgment and denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hildreth v. Dean*, No. CA–99–612–5–BR (E.D.N.C. Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*